IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| FAYE BREWER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:06-CV-44 |
| ) | Jury Trial Demanded |
| LOCKHEED MARTIN ENERGY ) | |
| RESEARCH, INC., *et al.*, ) | Phillips/Shirley |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

IT IS HEREBY ORDERED that Plaintiff Faye Brewer's complaint is dismissed from this litigation with prejudice per the parties' stipulation. Each party shall bear his/her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 11/27, 2007           SO ENTERED:

　　　　　　　　　　　　　　　　　　　　　　_Thomas H. Phillips_
　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE THOMAS W. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE